Official Form 410C13-M1 (12/25)

United States Bankruptcy Court

Southern District of Mississippi

In re **EMILY SPENCER BAUGHMAN*** **  Case No. **24-01623- JAW**
Chapter 13

**AMENDED**

**Motion Under Rule 3002.1(f)(1) to Determine the Status of the Mortgage Claim**

1. The following information relates to the mortgage claim at issue:

**Name of Claim Holder: ALABAMA HOUSING FINANCE AUTHORITY** **Court claim no.: 6-1**

**Last 4 digits** of any number used to identify the debtor's account: **8908**

**Property address: 2160 HARMONY RD., CRYSTAL SPRINGS, MS 39059**

2. As of the date of this motion, the trustee has disbursed payments to cure arrearages as follows:

| | | |
|---|---|---|
| a. Allowed amount of the prepetition arrearage, if any: | $ | 12.04 |
| b. Total amount of the prepetition arrearage disbursed, if known: | $ | 12.04 |
| c. Allowed amount of postpetition arrearage, if any: | $ | 0.00 |
| d. Total amount of postpetition arrearage disbursed, if known: | $ | 0.00 |
| e. Total amount of arrearages disbursed: | $ | 12.04 |

3. As of the date of this motion, the trustee has disbursed payments for postpetition fees, expenses, and charges as follows:

| | | |
|---|---|---|
| a. Amount of postpetition fees, expenses, and charges noticed under Rule 3002.1(c) and not disallowed: | $ | 0.00 |
| b. Amount of postpetition fees, expenses, and charges disbursed: | $ | 0.00 |

4. As of the date of this motion, the trustee has made the following payments on the postpetition obligations: $ 0.00

5. If needed, add other information relevant to the motion.

**ONGOING MORTGAGE PAYMENTS ARE BEING PAID DIRECT BY DEBTOR.**

6. I ask the court for an order under Rule 3002.1(f)(3) determining the status of the mortgage claim addressed by this motion and whether the payments required by the plan to be made as of the date of this motion have been made.

Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-M1R.

Signed: /s/ Torri Parker Martin Date: 9/18/2026

Address: 200 North Congress Street
Suite 400
Jackson, MS 39201

Contact phone: (601) 981-9100 Email: tpm@tpmartinch13.com

MORTGAGEM1

# United States Bankruptcy Court

SOUTHERN DISTRICT OF MISSISSIPPI

JACKSON DIVISION

In Re:
EMILY SPENCER BAUGHMAN

CASE NO: 24-01623- JAW

## Certificate of Service

The undersigned hereby certifies that on this date a copy of Amended Motion Under Rule 3002.1(f)(1) to Determine the Status of the Mortgage Claim was served via first class mail postage prepaid, or by electronic notice, to: Abigail Marbury, Asst U.S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201 and:

---

THOMAS CARL ROLLINS, JR.
trollins@therollinsfirm.com

EMILY SPENCER BAUGHMAN
2160 HARMONY RD., CRYSTAL SPRINGS, MS 39059

ALABAMA HOUSING FINANCE AUTHORITY
PO BOX 242928, MONTGOMERY, AL 36124

Dated: 09/18/2026

/s/ Torri Parker Martin
Chapter 13 Trustee